# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELEAZAR CARRILLO, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00311-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE: JUNE 23, 2017 |

On May 23, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before June 23, 2017.

IT IS SO ORDERED.

Dated: **May 24, 2017**

UNITED STATES MAGISTRATE JUDGE

1